**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41258
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY JIMERSON, also known as AJ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:01-CR-31-3
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

John W. Tunnell, court-appointed counsel for appellant

Anthony Jimerson, has moved for leave to withdraw and has filed a

brief in accordance with Anders v. California, 386 U.S. 738

(1967). Jimerson has not filed a response to counsel's brief.

Our independent review of the record and counsel's brief shows

that there are no nonfrivolous issues for appeal. Accordingly,

counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities herein, and this appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.